## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **TARA T. MOYER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-3076-L** |
| | § | |
| **JOS. A. BANK CLOTHIERS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Before the court is Plaintiff's Objection to Bill of Costs ("Objection"), filed May 19, 2014. On May 9, 2014, the clerk of court taxed costs in the amount of $2,044.75 against Tara T. Moyer ("Plaintiff" or "Moyer") pursuant to the court's judgment of April 25, 2014. Plaintiff's Objections were referred to United States Magistrate Judge Paul D. Stickney for findings and recommendations.

On October 28, 2014, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") were filed. The Report recommended that Plaintiff's Objections be overruled in part and sustained in part. Specifically, the Report recommends that the objection to Defendant's request for $1,613.75 in reimbursement for costs associated with obtaining the transcript of Plaintiff's deposition and court reporter services be overruled, and that Plaintiff's Objections should be sustained in all other respects.

After a review of the record, Objections, Report, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct, and accepts them as those of the court. Accordingly, the court **directs** the clerk of court to tax reasonable costs against Plaintiff Moyer in the amount of **$1,613.75**.

**Order – Page 1**

**It is so ordered** this 6th day of May, 2016.

Sam A. Lindsay
United States District Judge